**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Larry GOODALL, Defendant–Appellant.**

**No. 11–10597.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 19, 2012.

Nancy J. Koppe, Esquire, Assistant U.S., Robert Lawrence Ellman, Esquire, Assistant U.S., USLV–Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Osvaldo E. Fumo, Osvaldo E. Fumo, Chtd., Las Vegas, NV, for Defendant–Appellant.

Before: ARNOLD **, RAWLINSON, and BYBEE, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Morris S. Arnold, Senior Circuit Judge for the Eighth Circuit, sitting by designation.

MEMORANDUM ***

Appellant Larry Goodall ("Goodall") appeals the district court's denial of his motion to withdraw his plea of guilty to one count of transportation of a minor for prostitution under 18 U.S.C. § 2421. The facts of this case are known to the parties. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Federal Rule of Criminal Procedure 11(d)(2)(B), permits withdrawal if the defendant "can show a fair and just reason" for his request. Fed.R.Crim.P. 11(d)(2)(B). "We review the denial of a motion to withdraw a plea for abuse of discretion." *United States v. Mayweather,* 634 F.3d 498, 504 (9th Cir.2010).

Goodall has not demonstrated a "fair and just reason" for withdrawal. There is extensive evidence in the record demonstrating Goodall's guilt, and Goodall received a substantially shorter sentence than he would have had he been convicted of the three other charges that the government dropped under the terms of the plea agreement.

AFFIRMED.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

